IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ROBERT ARMSTRONG                                                                          PLAINTIFF

VERSUS                                                        CIVIL ACTION NO. 4:09cv25-HTW-LRA

LAUDERDALE COUNTY JAIL, et al.                                                    DEFENDANTS

## **FINAL JUDGMENT**

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the memorandum opinion issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to comply with the orders of this court.

SO ORDERED AND ADJUDGED, this the 18th day of June, 2009.

                                          s/ HENRY T. WINGATE
                                          CHIEF UNITED STATES DISTRICT JUDGE